Matter of Moquease M. (2025 NY Slip Op 00222)

Matter of Moquease M.

2025 NY Slip Op 00222

Decided on January 15, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 15, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ROBERT J. MILLER, J.P.
WILLIAM G. FORD
LAURENCE L. LOVE
DONNA-MARIE E. GOLIA, JJ.

2023-07137
 (Docket No. D-13722-22)

[*1]In the Matter of Moquease M. (Anonymous), appellant. Diana Kelly, Jamaica, NY, for appellant.

Muriel Goode-Trufant, Corporation Counsel, New York, NY (Devin Slack and Philip W. Wong of counsel), for respondent.

DECISION & ORDER
In a juvenile delinquency proceeding pursuant to Family Court Act article 3, Moquease M. appeals from an order of disposition of the Family Court, Queens County (Dean T. Kusakabe, J.), dated June 7, 2023. The order of disposition, insofar as appealed from, upon an order of fact-finding of the same court dated March 1, 2023, made upon the admission of Moquease M., finding that he committed an act which, if committed by an adult, would have constituted the crime of criminal possession of a weapon on school grounds, after a dispositional hearing, and upon adjudicating him a juvenile delinquent, placed him in the custody of the Commissioner of Social Services of the City of New York for placement in a limited secure facility for a period of up to 18 months with no credit for time served.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
The only issues raised by the appellant concern his placement in the custody of the Commissioner of Social Services of the City of New York for placement in a limited secure facility for a period of up to 18 months with no credit for time served. Since the placement has expired, the appeal must be dismissed as academic (see Matter of Mark E.D., 228 AD3d 935; Matter of Norris R., 145 AD3d 728).
MILLER, J.P., FORD, LOVE and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court